UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------X
                          :

KEVIN NELSON,                 :

            Plaintiff,      :      25cv7435 (DLC)

                   :

        -v-             :      ORDER

                   :

CITY OF NEW YORK, et al.,    :

                   :

           Defendants.     :

                   :
------------------------------------X

DENISE COTE, District Judge:

On March 17, 2026, defendants Alvin L. Bragg, Jr. and Andrew Truehart ("DANY Defendants") filed a motion to dismiss the complaint pursuant to Rule 12(b)(6), Fed. R. Civ. P. Under Rule 15(a)(1)(B), Fed. R. Civ. P., a plaintiff has 21 days after the service of a motion under Rule 12(b) to amend the complaint once as a matter of course. Accordingly, it is hereby

ORDERED that the plaintiff shall file any amended complaint by **April 10, 2026.** It is unlikely that the plaintiff will have a further opportunity to amend.

IT IS FURTHER ORDERED that if no amended complaint is filed, the plaintiff shall file any opposition to the motion to dismiss by **April 10, 2026.** The DANY Defendants' reply, if any, shall be filed by **April 17, 2026.** At the time any reply is filed, the moving party shall supply Chambers with two (2) courtesy copies of all motion papers by mailing or delivering

2

them to the United States Courthouse, 500 Pearl Street, New York, New York.

IT IS FURTHER ORDERED that the initial pretrial conference scheduled for March 24, 2026 at 11:00 AM shall be adjourned to **June 10, 2026** at **11:00 AM** in Courtroom 18B at the United States Courthouse, 500 Pearl Street, New York, New York, 10007.  Please refer to the Order dated October 1, 2025 for all other information relating to the conference.

Dated:    New York, New York
          March 19, 2026

_____
DENISE COTE
United States District Judge

2