UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------ X
                                           :
KEVIN NELSON,                              :
                                           :
                         Plaintiff,        :        25cv7435 (DLC)
                                           :
            -v-                            :        ORDER
                                           :
CITY OF NEW YORK, et al.,                  :
                                           :
                         Defendants.       :
                                           :
------------------------------------------ X

DENISE COTE, District Judge:

On March 17, 2026, defendants Alvin L. Bragg, Jr. and Andrew Truehart ("DANY Defendants") filed a motion to dismiss the plaintiff's original complaint in this action pursuant to Rule 12(b)(6), Fed. R. Civ. P. An Order of March 19 directed the plaintiff to file any amended complaint by April 10 and alerted the plaintiff that he would likely not have another opportunity to amend. The plaintiff filed an amended complaint and a letter opposition to the DANY Defendants' motion on April 11. Accordingly, it is hereby

ORDERED that the DANY Defendants' March 17 motion is dismissed as moot.

IT IS FURTHER ORDERED that any renewed motion to dismiss will be served by the dates indicated below:

-       Motion served by **April 29, 2026**
-       Opposition served by **May 13, 2026**
-       Reply served by **May 20, 2026**

At the time any reply is filed, the moving party shall supply Chambers with two (2) courtesy copies of all motion papers by mailing or delivering them to the United States Courthouse, 500 Pearl Street, New York, New York.

Dated:    New York, New York
          April 14, 2026

                              _____
                              DENISE COTE
                              United States District Judge