**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
------------------------------------------------------------------X
 KEVIN NELSON,

                            Plaintiff,

        -against-                            25 **CIVIL** 7435 (DLC)

                                       **JUDGMENT**

CITY OF NEW YORK, et al.,

                        Defendants.
------------------------------------------------------------------X

        It is hereby **ORDERED, ADJUDGED AND DECREED:** That for the reasons

stated in the Court's Opinion & Order dated May 20, 2026, the DANY Defendants' April 29,

2026 motion to dismiss is GRANTED.

**Dated:** New York, New York

      May 21, 2026

                                  **TAMMI M. HELLWIG**
                                   _____
                                     **Clerk of Court**

                    **BY:**   _____
                              **Deputy Clerk**