

| STEVEN BANKS | THE CITY OF NEW YORK | MAMOON SALEEMI |
|---|---|---|

**STEVEN BANKS**
*Corporation Counsel*

# THE CITY OF NEW YORK
# LAW DEPARTMENT
100 CHURCH STREET
NEW YORK, N.Y. 10007

**MAMOON SALEEMI**
*Assistant Corporation Counsel*
Tel.: (212) 356-2384
msaleemi@law.nyc.gov

June 11, 2026

**BY ECF**
Honorable Denise L. Cote
United States District Judge
Southern District of New York
500 Pearl St.
New York, New York 10007

*The conference is adjourned to 8/11/26 at 3:00 pm.*

*Denise Cote*
*6/11/26*

Re:    Kevin Nelson v. City of New York, et al., 25 CV 7435 (DLC)

Your Honor:

I am an Assistant Corporation Counsel in the Office of Steven Banks, Corporation Counsel of the City of New York, and the attorney representing Defendants the City of New York, Lieutenant Lewis, Detective Clarke, and Officer Mitchell. Defendants write to respectfully apologize to the Court for counsel's failure to appear at the initial conference.

Due to a calendaring error, undersigned counsel mistakenly calendared the conference for later in the day than the time scheduled by the Court. Upon being contacted by chambers, the undersigned immediately proceeded to the courthouse, but by the time counsel arrived the courtroom was closed. Defendants sincerely regret the oversight and any inconvenience caused to the Court. Upon information and belief, Plaintiff also did not appear for the conference. The parties have since conferred regarding the missed appearance.

Defendants further respectfully request that the initial conference be adjourned until after the completion of the parties' second mediation session, scheduled on August 7, 2026. The parties recently participated in mediation and, although the matter did not resolve, the mediator scheduled a second session after the exchange of certain information that the parties believe may facilitate further settlement discussions. Plaintiff's counsel has advised that Plaintiff consents to this request.

Defendants again sincerely apologize to the Court for the missed conference and thank the Court for its consideration.

Respectfully submitted,

1