THE CITY OF NEW YORK
**LAW DEPARTMENT**
100 CHURCH STREET
NEW YORK, N.Y. 10007

**STEVEN BANKS**
*Corporation Counsel*

**MAMOON SALEEMI**
*Assistant Corporation Counsel*
Tel.: (212) 356-2384
msaleemi@law.nyc.gov

August 8, 2026

**BY ECF**
Honorable Denise L. Cote
United States District Judge
Southern District of New York
500 Pearl St.
New York, New York 10007

Re: Kevin Nelson v. City of New York, et al., 25 CV 7435 (DLC)

Your Honor:

I am an Assistant Corporation Counsel in the Office of Steven Banks, Corporation Counsel of the City of New York, and the attorney representing Defendants the City of New York, Lieutenant Lewis, Detective Clarke, and Officer Mitchell. The parties jointly write to request an adjournment of the initial conference currently scheduled for August 11, 2026 until October 2, 19, 23, 26, or 30, 2026, or to a date and time convenient for the Court. This is the parties' second request for an adjournment of the Initial Conference.

On June 11, 2026, the parties wrote the Court to request an adjournment of the Initial Conference until after completion of their second mediation session, which was scheduled for August 7, 2026. See ECF Nos. 63, 64. On June 12, 2026, the Court granted this request and adjourned the Initial Conference until August 11, 2026. See ECF No. 65.

Due to an unavoidable conflict, the mediator, Casey Thompson had to postpone the second mediation session in this matter until September 28, 2026. As previously reported to the Court, see ECF No. 63, the parties participated in an initial mediation session and, although the matter did not resolve, the mediator scheduled a second session to allow the parties to exchange certain information that they believe may facilitate more productive settlement discussions. In light of the rescheduled mediation, the parties believe it would be most efficient to further explore settlement through mediation before proceeding with the Initial Conference and setting discovery deadlines.

Accordingly, the parties respectfully request that the Initial Conference currently scheduled for August 11, 2026 , be adjourned until October 2, 19, 23, 26, or 30, 2026, or to another date and time convenient for the Court.

The parties thank the Court for its time and consideration herein.

Respectfully submitted,

/s/ *Mamoon Saleemi*

Mamoon Saleemi
*Assistant Corporation Counsel*
Special Federal Litigation Division

Cc: **By ECF**
*All counsel of record*

The conference is adjourned to October 2 at 10:30 am. There shall be no further adjournments.

Denise Cote
8/10/26