UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---------------------------------------X

KEVIN NELSON,

Plaintiff,

-v-

CITY OF NEW YORK, et al.,

Defendants.

---------------------------------------X

25cv7435(DLC)

ORDER

DENISE COTE, District Judge:

After multiple adjournments, an initial pretrial conference is scheduled in this case for October 2, 2026, a date on which both parties stated they were available in a joint letter motion filed on August 8, 2026.

On September 30, 2026, counsel for plaintiff, Adrienne D. Edward, emailed a letter to the court regarding the October 2 conference in violation of Rule (1)(A) of this Court's Individual Practices. Rule 1(A) provides that unless there is a request to file a letter under seal or a letter contains sensitive or confidential information, letters must be filed electronically on ECF in accordance with the S.D.N.Y. "Electronic Case Filing Rules and Instructions."

As described in a January 20 Order of this Court, plaintiff's counsel has previously violated Rule 1(A) by emailing to Chambers documents that should have been filed on

ECF. The January 20 Order also warned counsel that any further failure to comply with the deadlines set forth by Orders of this Court may result in the dismissal of this action for failure to prosecute. Accordingly, it is hereby

ORDERED that any communication with the Court must be filed on ECF.

Dated: New York, New York
September 30, 2026

DENISE COTE
United States District Judge