*Law Office of Adrienne D. Edward, P.C.*

101 Hudson Street, Suite 2100 -#4996 Jersey City, NJ 07302 ♦ 155-03 Jamaica Ave. Jamaica, NY 11432
**NJ Tel:** (201) 420-8850 ♦ **NY Tel:** (347) 997-3811 ♦ **Fax:** (201) 420-8853
**Email:** adrienne@aedwardlaw.com ♦ **Website:** criminallawnj.com
**Admitted in NJ/NY** | USDC-NJ | USDC-EDNY | USDC-SDNY |US-SUPREME COURT

October 1, 2026

Honorable Denise L. Cote
U.S. District Court - Southern District of New York
500 Pearl St.,
New York, NY 10007

Re: Kevin Nelson vs The City of New York, et al.
Case No.: 25 CV 7435 (DLC)

Dear Honorable Madam:

It is my understanding that the above-referenced matter is scheduled in the U.S. District Court - Southern District of New York on Friday, October 2, 2026, at 10:30 am. Please be advised that I am actively engaged on a three-defendant homicide trial in Passaic County, New Jersey before the Honorable Justine Niccollai. The trial commenced with jury selection on August 4, 2026, and the jury started deliberations yesterday September 30, 2026 at 02:50 pm.

The jury deliberated all day on October 1, 2026, and they were discharged today shortly after 04:00 pm and instructed to return to court tomorrow morning at 09:00 am to resume their deliberations. It is my understanding that the court does not permit attorneys to appear on a basis. It is for these reasons that I am making this request to adjourn to October 6, 2026, at any time, if Your Honor is available. Please take notice that The City, represented by Mamoon Saleemi, Esq., consents to this request. Both the Plaintiff and Defense are available at any time on October 6, 2026.

Kindly advise if this request has been approved.

The conference is moved to 10/6 at 3:00 p.m.

October 1, 2026

If you are in need of additional information, please advise and same will be provided to you.

Thank you in advance for your attention to this matter.

Respectfully submitted,

*S/ Adrienne D. Edward*
ADRIENNE D. EDWARD, ESQ.

ADE:\cb